**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **OSCAR HERNANDEZ LOPEZ,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-2045-G** |
| | ) | |
| **MARKWAYNE MULLIN,** | ) | |
| | ) | |
| **Respondent.** | ) | |

# ORDER

Petitioner Oscar Hernandez Lopez filed a Petition for Writ of Habeas Corpus (Doc. No. 1) pursuant to 28 U.S.C. § 2241, challenging his detention by U.S. Immigration and Customs Enforcement and seeking an individualized bond hearing. On October 23, 2026, Respondent requested dismissal of this action based upon Petitioner having been granted a bond hearing before an Immigration Judge on August 31, 2026. Resp't's Notice (Doc. No. 9); *id.* Ex. 1 (Doc. No. 9-1).

On November 10, 2026, the Court ordered Petitioner to show cause in writing within seven days why the Petition should not be dismissed as moot. *See* Order to Show Cause (Doc. No. 10). As of this date, Petitioner has not responded to the Court's Order or requested additional time to do.

Assuming Petitioner is entitled to habeas relief, he has now "received the bond hearing" sought by the Petition, and "no further relief is available." *Gorrita Alvarez v. Warden, Diamondback Corr. Facility*, No. CIV-26-769-J, 2026 WL 3205852, at *1 (W.D. Okla. Oct. 26, 2026); *see also Jordan v. Sosa*, 654 F.3d 1012, 1023 (10th Cir. 2011).

IT IS THEREFORE ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED without prejudice as moot. A separate judgment shall be entered.

IT IS SO ORDERED this 25th day of November, 2026.

CHARLES B. GOODWIN
United States District Judge